UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KELLY ANN CULLEY, *as Trustee of the Robert E. Ford Trust u/t/d April 8, 2002,*<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 2:21-cv-00506-KJD-EJY<br><br>ORDER |

Presently before the Court is Plaintiff's Emergency Motion for Order Confirming Disclaimer of Interest (#7). The Government filed a Non-opposition (#7) to the motion. Previously, the Government had filed Notice of Disclaimer of Interest (#6) in response to Plaintiff's Complaint (#1) which sought a declaratory judgment that certain liens were invalid. The Government expressly disclaimed any and all interest in the subject property.

Accordingly, the Court grants Plaintiff's Motion (#7). The Court confirms the United States disclaimer of interest. Further, having confirmed the disclaimer of interest, the Court finds that its jurisdiction has ceased pursuant to 28 U.S.C. §2409a(e) and dismisses this action.

**IT IS SO ORDERED.**

Dated this 16th day of August 2021.

_____
Kent J. Dawson
United States District Judge